# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**v.**  **Case No. 6:06-cr-65-Orl-28KRS**

**JOSE HENRIQUEZ**

_____

## ORDER ON REVOCATION OF SUPERVISED RELEASE AND ORDER OF COMMITMENT

This cause came before the Court on a Petition for Warrant or Summons for Offender Under Supervision filed May 25, 2006 (Doc. No. 3), initiated by the U.S. Probation Officer of this court as a result of the Probation Officer's belief that the defendant violated the conditions of his supervision.  A final hearing on violation of supervised release was held by Magistrate Judge Karla R. Spaulding on July 19, 2006 and subsequently, a Report and Recommendation (Doc. No. 16) was entered by Magistrate Judge Karla R. Spaulding on July 19, 2006.

The defendant appeared before this Court on August 10, 2006, with counsel, Michelle P. Smith and the Assistant United States Attorney.  After review of the file and hearing arguments of the parties through their counsel and hearing the defendant, this Court adopts the Report and Recommendation (Doc. No. 16) and finds that the defendant has violated the conditions of supervised release.

It is **ORDERED AND ADJUDGED** that the defendant's supervised release term is hereby **RESTORED** and the defendant shall serve **90 Days Home Confinement as a condition of supervised release**.

During this time, defendant will remain at defendant's place of residence except for employment and other activities approved in advance by the Defendant's Probation Officer. Defendant will be subject to the standard conditions of Home Detention adopted for use in the Middle District of Florida, which may include the requirement to wear an electronic monitoring device and to follow electronic monitoring procedures specified by the Probation Officer. Further, the defendant shall be required to contribute to the costs of services for such monitoring not to exceed an amount determined reasonable by the Probation Officer based on ability to pay (or availability of third party payment) and in conformance with the Probation Office's Sliding Scale for Electronic Monitoring Services.

**DONE** and **ORDERED** at Orlando, Florida this ___11th____ day of August, 2006.

_____
JOHN ANTOON II
United States District Judge

Copies to:

United States Attorney
United States Marshal
United States Probation Office
United States Pretrial Services
Counsel for Defendant
Jose Henriquez